

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 15, 2020

**BY ECF**

The Honorable Paul A. Crotty
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

> 4/16/2020
> The April 29 conference is adjourned to June 23, 2020, at 11:30 AM. Time is excluded through June 23, 2020. SO ORDERED.
>
> *Paul A. Crotty*

**Re:**   *United States v. Ediberto Santana, et. al*, **20 Cr. 22 (PAC)**

Dear Judge Crotty:

  The Government respectfully writes with consent of all defense counsel to request that the status conference currently set for April 29, 2020 be adjourned to a date in June 2020 convenient for the Court. The parties make this request in light of the current health situation and the protocols in place in this District as a result of COVID-19.

  Should the Court grant the requested adjournment, the Government respectfully requests, with the defendants' consent, by and through their counsel, that the time from April 29, 2020 through the next conference date be prospectively excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), in the interest of justice. Such exclusion of time is warranted in light of COVID-19, and also so that defense counsel can review discovery, consider pretrial motions, and discuss with the Government possible resolution of the charges in this case without the need for trial.

            Respectfully submitted,

            GEOFFREY S. BERMAN
            United States Attorney

         by:  ___/s/_____
            Celia V. Cohen
            Assistant United States Attorney
            (212) 637-2466