

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 12, 2020

**BY ECF**

The Honorable Paul A. Crotty
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

11/12/2020
The November 13 conference is adjourned to December 14, 2020 at 10:30 AM. Time will be excluded through December 14, 2020. SO ORDERED.

*/s/ Paul A. Crotty*

**Re:** *United States v. Ediberto Santana, et al.*, 20 Cr. 22 (PAC)

Dear Judge Crotty:

The Government respectfully writes with the consent of all defense counsel to request that the status conference currently set for November 13, 2020 be adjourned in light of the current protocols in place in this District as a result of COVID-19 as well as the current status of the case. Specifically, the Government has not yet received a decision from the Attorney General as to whether the Government will seek the death penalty against defendants Santana and Ramirez. Furthermore, defense counsel continues to review discovery and, in some cases, to discuss potential pre-trial resolutions with the Government. In light of these circumstances, all counsel agree that an adjournment of approximately 30 days is appropriate.

Should the Court grant the requested adjournment, the Government respectfully requests, with the defendants' consent, by and through their counsel, that the time from November 13, 2020 through the next conference date be prospectively excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), in the interest of justice. Such exclusion of time is warranted in light of COVID-19, and also so that defense counsel can review discovery, consider pretrial motions, and discuss with the Government possible resolution of the charges in this case without the need for trial.

Respectfully submitted,

AUDREY STRAUSS
Acting United States Attorney

by: ___/s/_____
Jacqueline Kelly/ Celia V. Cohen
Assistant United States Attorneys
(212) 637-2456/ 2466