

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 15, 2021

**BY ECF**

The Honorable Paul A. Crotty
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

1/19/2021
Time will be excluded through February 19, 2021 for each defendant. SO ORDERED.

*/s/ Paul A. Crotty*

Re:   *United States v. Ediberto Santana, et al.*, 20 Cr. 22 (PAC)

Dear Judge Crotty:

      As the Court is aware, the Court and the parties are in the process of scheduling remote status conferences as to each defendant, which involves logistical coordination with the prison facilities in which the defendants are housed. The Government understands that those conferences are being scheduled for the week of February 15, 2021. Accordingly, the Government respectfully requests that the time from today's date through February 19, 2021 as a control date be prospectively excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), in the interest of justice. Such exclusion of time is warranted in light of the logistical difficulties posed by the COVID-19 pandemic and the temporary suspension of jury trials in this District, and also so that defense counsel can review discovery, consider pretrial motions, and discuss with the Government possible resolution of the charges in this case without the need for trial.

      Respectfully submitted,

      AUDREY STRAUSS
      Acting United States Attorney

by:   \_\_\_/s/_____
      Jacqueline Kelly / Celia V. Cohen /
      Jacob R. Fiddelman / Lindsey Keenan
      Assistant United States Attorneys
      (212) 637-2456 / 2466 / 1024 / 1565

cc:   Defense counsel (by ECF)